## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| IN RE:<br>Stephanie D. Barnes<br><br>Debtor, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CHAPTER 13 PROCEEDING<br><br>Case #10-51228<br><br>Judge Shea-Stonum<br><br>MOTION FOR MORATORIUM |

The Debtor, Stephanie D. Barns, by and through her attorney, Ronald R. Stanley, respectfully moves this court to grant this Motion for Moratorium because she has just lost her job. As a result it is requested that this motion be granted so that the plan payment can be suspended for a 90 day period until Debtor can either regain employment or begin receiving unemployment benefits and thus allow her to pay the bills, including the Trustee payment. Debtor prays this motion is granted.

Respectfully Submitted,

/s/Ronald. R. Stanley
Ronald R. Stanley
Bar #: 0040766
Rauser & Associates
80 S. Summit Street
Suite 210
Akron, Ohio 44308
330-253-8600 Phone
330-253-8688 Fax
Rstanley@ohiolegalclinic.com Email

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Motion For Moratorium has been served upon the following by mailing copies hereof by first class U.S. mail or Electronic Filing on this 22nd day of March, 2011.

**Debtor:**
Ms. Stephanie Barnes
867 Kickapoo Avenue
Akron, Ohio 44305
(served via regular US Mail)

**Trustee:**
Keith Rucinski, Trustee
(served electronically)

**U.S. Trustee:**
US Trustees Office
(served electronically)

/s/ Ronald R. Stanley
Ronald R. Stanley (0040766)